United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-2402

_____

James R. Fredricks,                  *
                                     *
          Appellant,                 *
                                     *   Appeal from the United States
     v.                              *   District Court for the
                                     *   Western District of Missouri.
ADM Milling Company, Inc.            *
                                     *       [UNPUBLISHED]
          Appellee.                  *


_____

Submitted: January 17, 1997

Filed: April 7, 1997

_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     James R. Fredricks brought this action under the Americans with
Disabilities Act of 1990 (ADA), 42 U.S.C. §§ 12101-12213, against ADM
Milling Co., Inc. (ADM).  He asserted that after he underwent total left
knee replacement surgery in 1992, ADM refused to let him resume the
maintenance position he had held since the mid-1970s.  The parties agreed
to the appointment of a Special Master, whose factual findings would be
final.

     After a hearing, the Special Master found that Fredricks could not
perform the required functions of his maintenance position without
violating medical restrictions his treating physician imposed upon
releasing him to return to work.  The Special Master further found that
ADM's decision not to return Fredricks to his

prior position was based on those medical restrictions, and thus concluded that his ADA claim failed.  The district court[1] held that the Special Master committed no error of law, and adopted the report.  Fredricks timely appealed.

After reviewing the record and the parties' briefs, we agree with the district court's conclusion.  See <u>Wooten v. Farmland Foods</u>, 58 F.3d 382, 385 (8th Cir. 1995).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.